IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
|  |  | Civil Action |
|  |  | DOCKET NO. 2:14-00521-DBH |
| UNITED STATES OF AMERICA | ) |  |
|        Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | NOTICE |
| JOHN H. KIMBALL, JR., ET AL | ) | OF |
|  | ) | INTERESTED |
|        Defendant | ) | PARTIES |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| BIRCH ROAD COUNTRY HOMES | ) |  |
| CONDOMINIUM ASSOCIATION, | ) |  |
| INC., of Portland, Maine, | ) |  |
|  | ) |  |
|        Party-in-Interest | ) |  |

      NOW COMES, Paul S. Bulger for Birch Road Country Homes Condominium Association, Inc., and submit the following corporate disclosure statements:

      Birch Road Country Homes Condominium is a nonprofit corporation and has no parent company, and no company holds more than 10% of its stock.

      The Officers of the Birch Road Country Homes Condominium Association, Inc. are as follows:

      Nancy Bellin, President
      12 Mt. Vernon Street
      Dedham, MA 02026

      Robert Brousseau, Vice President
      38 Jefferson Shores Road
      Buzzards Bay, MA 02532

Joseph Delano, Treasurer
223 Flying Point Road
Freeport, ME 04032

Stephen Ham, Secretary
149 Clay Hill Road
Cape Neddick, ME 03902

The Directors of Birch Road Country Homes Condominium Association, Inc. are as follows:

Robert Brousseau
38 Jefferson Shores Road
Buzzards Bay, MA 02532

Bruce Burke
56 Brickett Hill Circle
Haverhill, ME 01830

Tara Euler
35 Middle Road
Kennebunk, ME 04043

Dated at Portland, Maine this 13th day of March, 2015

/S/Paul S. Bulger, Esq.
Attorney for Birch Road Country Homes
Condominium Association, Inc.
Maine Bar No. 3209

Jewell & Bulger, P.A.
477 Congress Street, Suite 1104
Portland, ME 04101
(207) 774-6665
Email:  pbulger@jewellandbulger.com

## CERTIFICATE OF SERVICE

I, Paul S. Bulger, Esq. do certify that I mailed to each of the following parties or interested parties at the addresses listed below a true copy of the Notice of Interested Parties dated March 13, 2015:

Thomas E. Delahanty, II, Esq.
United States Department of Justice
100 Middle Street
East Tower 6th Floor
Portland, ME 04101

W. Damon Dennis, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

Dated: March 13, 2015                    /S/Paul S. Bulger, Esq.
                                         Paul S. Bulger, Esq.